

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-23-00008-CR
_____

CHRISTY WEDGEWORTH, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

On Appeal from the 5th District Court
Bowie County, Texas
Trial Court No. 21F1055-005

_____

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

A Bowie County jury convicted Christy Wedgeworth of injury to a child by omission and assessed a sentence of ten years' imprisonment. *See* TEX. PENAL CODE ANN. § 22.04 (Supp.). Wedgeworth appeals.[1]

Wedgeworth's attorney filed a brief stating that he reviewed the record and found no genuinely arguable issues that could be raised on appeal. The brief sets out the procedural history of the case and summarizes the evidence elicited during the trial court proceedings. Since counsel provided a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced, that evaluation meets the requirements of *Anders v. California*. *Anders v. California*, 386 U.S. 738, 743–44 (1967); *In re Schulman*, 252 S.W.3d 403, 406 (Tex. Crim. App. 2008) (orig. proceeding); *Stafford v. State*, 813 S.W.2d 503, 509–10 (Tex. Crim. App. 1991); *High v. State*, 573 S.W.2d 807, 812–13 (Tex. Crim. App. [Panel Op.] 1978). Counsel also filed a motion with this Court seeking to withdraw as counsel in this appeal.

On June 16, 2023, counsel mailed to Wedgeworth copies of the brief, the appellate record, and the motion to withdraw. Wedgeworth was informed of her rights to review the record and file a pro se response. By letter dated June 16, this Court informed Wedgeworth that any pro se response was due on or before July 17. On August 3, this Court further informed Wedgeworth that the case would be set for submission on the briefs on August 24. We received neither a pro se response from Wedgeworth nor a motion requesting an extension of time in which to file such a response.

---

[1]In cause number 06-23-00009-CR, Wedgeworth appeals her conviction for injury to a child by omission causing serious bodily injury.

2

We have determined that this appeal is wholly frivolous. We have independently reviewed the entire appellate record and, like counsel, have determined that no arguable issue supports an appeal. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005). In the *Anders* context, once we determine that the appeal is without merit, we must affirm the trial court's judgment. *Id.*

We affirm the judgment of the trial court.[2]

Charles van Cleef
Justice

Date Submitted:    August 24, 2023
Date Decided:     August 25, 2023

Do Not Publish

---

[2]Since we agree that this case presents no reversible error, we also, in accordance with *Anders*, grant counsel's request to withdraw from further representation of appellant in this case. *See Anders*, 386 U.S. at 744. No substitute counsel will be appointed. Should appellant desire to seek further review of this case by the Texas Court of Criminal Appeals, he must either retain an attorney to file a petition for discretionary review or file a pro se petition for discretionary review. Any petition for discretionary review (1) must be filed within thirty days from either the date of this opinion or the date on which the last timely motion for rehearing was overruled by this Court, *see* TEX. R. APP. P. 68.2, (2) must be filed with the clerk of the Texas Court of Criminal Appeals, *see* TEX. R. APP. P. 68.3, and (3) should comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure, *see* TEX. R. APP. P. 68.4.